IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:24-mj- 48 |
| | ) | |
| RICHARD B. WOLFE, | ) | Court Date: February 10, 2025 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Class A Misdemeanor – E1121372)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about December 1, 2024, at Marine Corps Base Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, RICHARD B. WOLFE, did steal or purloin property made under contract for the United States or any department or agency thereof, to wit: a Military Common Access Card.

(In violation of Title 18, United States Code, Section 641.)

Count II (Class A Misdemeanor – E1121371)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about December 1, 2024, at Marine Corps Base Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, RICHARD B. WOLFE, intentionally attempted to prevent a law-enforcement officer from lawfully arresting him.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-460(E).)

Count III (Class A Misdemeanor – E1121370)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about December 1, 2024, at Marine Corps Base Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, RICHARD B. WOLFE, did unlawfully go upon a military installation for a purpose prohibited by law, to wit: knowingly and intentionally entering Marine Corps Base Quantico.

(In violation of Title 18, United States Code, Section 1382.)

Respectfully submitted,

Erik S. Siebert
United States Attorney

By: _____/s/_____
Alexander Amico
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3902
Fax: 703-299-3980
Email: alexander.amico@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on February 5, 2025, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By: _____/s/_____
Alexander Amico
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3902
Fax: 703-299-3980
Email: alexander.amico@usdoj.gov